# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JANETT PINA, individually**
**and on behalf of all others similarly situated,**

        Plaintiffs,

  -vs-                              Case No. 16-C-504

**JAZZI'S MULTI-SERVICES,**
**TORO TAX SERVICES LLC d/b/a TORO TAXES,**
**and JAZMIN A. PORRAS,**

        Defendants.

## DECISION AND ORDER

Defendant Jazmin Porras signed and filed what purports to be an answer on behalf of all of the defendants in this case. "It is well-established that a corporation may appear in federal courts only through licensed counsel." *Roland v. Cal. Mens Colony*, 506 U.S. 194, 201-02 (1993). Therefore, the answer must be stricken, and default entered against the defendants.

Plaintiffs' motion to strike [ECF No. 5] is **GRANTED**. The Clerk should enter default against all of the defendants. Fed. R. Civ. P. 55(a).

Dated at Milwaukee, Wisconsin, this 18th day of July, 2016.

                                      **SO ORDERED:**

                                      s/ *William C. Griesbach*
                                      for **HON. RUDOLPH T. RANDA**
                                      **U.S. District Judge**